UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STARELLEN CARTER and
CINNAMON PIERCE,

    Plaintiffs,                              Civil Action No. 12-11091
v.                                          HONORABLE DENISE PAGE HOOD

OAKLAND COUNTY PROBATION
DEPARTMENT,

    Defendant.
_____/

## **JUDGMENT**

       This action having come before the Court and the Court having entered an Order dismissing the action this date,

       Accordingly,

       Judgment is entered in favor of Defendant and against Plaintiffs.

                                                  DAVID J. WEAVER
                                                  CLERK OF COURT

Approved:                                 By:  s/Julie Owens
                                                            Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: October 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 31, 2012, by electronic and/or ordinary mail.

                                                           S/Julie Owens
                                                          Case Manager